

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00045-CV

Malcolm **WHITAKER**,
Appellant

v.

Mildred **MIHALSKI**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-16909
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: February 12, 2020

DISMISSED

Appellant Malcolm Whitaker filed a joint motion to dismiss, requesting that this court dismiss his appeal. The motion states that the parties have reached an agreement to compromise and settle their differences in this case. Appellee Mildred Mihalski joined in the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM